Charles Wiegman, appellee, v. Michael Marshall and Consumers Sanitary Coffee & Butter Stores, appellants. Gen. No. 30,663.

Action for assault and battery. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Harry B. Miller, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed if remittitur is filed. Opinion filed May 25, 1926.

Kelly & Murphy, for appellants; James D. Murphy, of counsel. Albert A. Gomberg and Charles C. Spencer, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

In re estate of William C. Dressler, deceased.

Augusta C. C. Dressler, executrix of the estate of William Dressler, deceased, appellee, v. Mabel Dressler Cameron, administratrix of the estate of William C. Dressler, deceased, appellant. Gen. No. 30,675.

Action upon claim against estate of decedent. Judgment for claimant. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed May 25, 1926.

David B. Maloney, for appellant. Montgomery, Hart & Smith, for appellee; Irving Herriott, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

Jacob Katz and Belle Katz, appellants, v. Theodore G. Longabaugh et al., appellees. Gen. No. 30,687.

Bill of interpleader. Decree awarding relief to one of two claimants of real estate commissions. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 25, 1926.

V. I. Ohrenstein, for appellants. M. D. Dolan, for appellees.

Mr. Justice Fitch delivered the opinion of the court.

---

Sargis Y. Baaba, appellee, v. Harry Weiss, appellant. Gen. No. 30,734.

Action for work done and material furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George A. Curran, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 25, 1926.

Lewis & Lewis, for appellant; Daniel H. Lewis, of counsel. William R. Wiley, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

In re petition of H. P. Vicborn, appellee, v. Dealers Securities Corporation, appellant. Gen. No. 30,743.

Petition for release from arrest under *capias ad satisfaciendum.* Order of release. Appeal from the County Court of Cook county; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in the second